

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00029-CR

_____

ROSS THOMAS BRANTLEY, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from Criminal District Court No. 1
Tarrant County, Texas
Trial Court No. 1609793

---

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

## MEMORANDUM OPINION

Appellant Ross Thomas Brantley, acting pro se, attempts to appeal from the trial court's alleged "denial of his DNA 64.01 Motion request."[1]  But there is no signed order denying his request.[2]

We notified Brantley of our concern that we lack jurisdiction over his appeal and warned that we could dismiss the appeal for want of jurisdiction unless, within ten days, he or any other party showed grounds for continuing it.  *See* Tex. R. App. P. 43.2(f), 44.3.  More than ten days have passed, and we have received no response.

Accordingly, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 43.2(f); *Calton v. State*, No. 02-13-00460-CR, 2014 WL 584940, at *1 (Tex. App.—Fort Worth Feb. 13, 2014, no pet.) (per curium) (mem. op., not designated for publication) (dismissing appeal for want of jurisdiction when order denying postconviction motion for DNA testing did not exist).

/s/ Brian Walker
Brian Walker
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  April 16, 2026

---

[1]The order attached to Brantley's notice of appeal is unsigned by the trial court.

[2]The trial court clerk informed this court that the trial court has not signed any order denying Brantley's request for DNA testing, so there does not appear to be any written, signed order from which to appeal.  *See* Tex. R. App. P. 26.2(a).